■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MATTHEW McKENZIE, Appellant.—Appeal by the defendant from a judgment of the County Court, Suffolk County (Tisch, J.), rendered September 28, 1987, convicting him of burglary in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed *(see, People v Lopez,* 71 NY2d 662; *People v Pellegrino,* 60 NY2d 636; *People v Harris,* 61 NY2d 9; *People v Baldi,* 54 NY2d 137, 147). Mangano, J. P., Brown, Lawrence, Kooper and Harwood, JJ., concur.